AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:23-mj-00502-VCF |
| GEORGE HARLAN BEATTY, II | ) | |
| | ) | |
| _Defendant_ | ) | |

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 13 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  United States District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Courtroom No.:  3D |
| | Date and Time:  6/14/23 3:00 pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      06/13/2023

_____
_Judge's signature_

Cam Ferenbach US Magistrate Judge
_Printed name and title_